THE PEOPLE OF THE STATE OF NEW YORK ex rel., THE SPENCERIAN PEN COMPANY, Appellant and Respondent, *v.* OTTO KELSEY, as Comptroller of the State of New York, Respondent and Appellant.

*People ex rel. Spencerian Pen Co.* v. *Kelsey*, 105 App. Div. 132, affirmed.
(Argued April 18, 1906; decided May 8, 1906.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

July 6, 1905, which reversed a determination of the defendant in imposing an additional license fee upon the relator and affirmed his determination as to the amount of the franchise tax of said relator.

*Charles N. Judson* for relator, appellant and respondent.

*Julius M. Mayer*, *Attorney-General* (*George E. Pierce* of counsel), for defendant, respondent and appellant.

Order affirmed, without costs to either party; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: CHASE, J.